IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DARRELL L. PADGETT,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:06-0724
                                      (Criminal No. 1:91-00166)

UNITED STATES OF AMERICA,

    Defendant.


**<u>MEMORANDUM OPINION AND ORDER</u>**

By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on May 19, 2009, in which he recommended that the District Court grant plaintiff's motion to dismiss, dismiss plaintiff's "Motion for Correction of Clerical Errors in the Judgment," and remove this case from the court's active docket.

In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within either thirteen-day period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **GRANTS** plaintiff's motion to dismiss, **DISMISSES** plaintiff's "Motion for Correction of Clerical Errors in the Judgment," **DISMISSES** this case, and directs the Clerk to remove it from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 19th day of June, 2009.

ENTER:

David A. Faber
Senior United States District Judge